IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LIMOSA, LLC**     **PLAINTIFF**

v.     NO. 4:24-cv-561-JM

**THE UNKNOWN SPOUSE, HEIRS, DEVISEES, BENEFICIARIES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES AND ALL OTHER PARTIES CLAIMING AN INTEREST BY, THROUGH, UNDER OR AGAINST THE ESTATE OF ALMA FAY LEWIS, DECEASED; et al.**     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is Considered, Ordered and Adjudged that the Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 30th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE